**Petition for Writ of Mandamus Denied and Opinion filed July 7, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00345-CR**

---

**IN RE PAUL EUGENE DENLEY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 417904**

---

## MEMORANDUM OPINION

On Thursday, May 12, 2022, relator Paul Eugene Denley filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator contests an order of judgment nunc pro tunc signed on June 29, 2021, by the Honorable Lori Gray, presiding judge of the 262nd District Court of Harris County. "To be entitled to mandamus relief in a criminal case, a relator must show that he has no adequate remedy at law to redress his alleged harm, and that what he seeks to compel is a ministerial act, not involving a

discretionary or judicial decision." *See State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App.2007) (orig. proceeding). The validity of a nunc pro tunc entry may be challenged on appeal. *See Moore v. State*, 446 S.W.2d 878, 879 (Tex. Crim. App. 1969); *see also Cunningham v. State*, 322 S.W.2d 538, 540 (Tex. Crim. App. 1959).

Accordingly, the petition is denied.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).